MORELITE SERVICE STATIONS, INC., and MARTIN ZOLINSKY, Doing Business under the Firm Name and Style of HYZOL SALES COMPANY, Respondents, v. ALBERT GOLDMAN, as Commissioner of Plant and Structures of the City of New York, and GROVER A. WHALEN, as Police Commissioner of the City of New York,

Appellants.— Order granting motion for injunction *pendente lite* reversed upon the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The court is of opinion that there are questions of law and, may be, of fact in this case which can only be disposed of by trial. In the meantime, an injunction giving to plaintiff the relief demanded in the complaint should not have been granted. Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ., concur.